Argued May 23, affirmed June 20, 1978

ARMSTRONG, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 76-4545, CA 10188)
579 P2d 902

Marvin S. Nepom, Portland, argued the cause and filed the brief for petitioner.

Allen Lyons, State Accident Insurance Fund, Salem, argued the cause for respondent. On the brief was William H. Stockton, Associate Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).